**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **AUDUBON RESOURCES, LLC** | * | **CASE NO. 2:26-cv-2458** |
| **VERSUS** | * | **JUDGE ____________** |
| **KEG MEDICAL, LLC AND KEVIN GRIFFON** | * | **MAG. JUDGE __________** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# COMPLAINT

Plaintiff Audubon Resources, LLC brings the following Complaint and avers as follows:

## I. PARTIES

1. Plaintiff Audubon Resources, LLC ("***Audubon Resources***") is a Louisiana limited liability company authorized to do and doing business in Louisiana.
2. Defendant KEG Medical LLC ("***KEG***") is a Louisiana limited liability company authorized to do and doing business in Louisiana.
3. Defendant Kevin Griffon ("***Griffon***") is a person of full age of majority and a resident of East Baton Rouge Parish, Louisiana. Upon information and belief, Griffon is the sole member of KEG.

## II. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this civil action arises under the federal laws of the United States, including Section 22(a) of the Securities Act of 1933 (the "***Securities Act***") 15 U.S.C. § 77v(a), and Section 27 of the Securities Exchange Act of 1934 (the "***Exchange Act***") 15 U.S.C. § 78aa. In addition, this

Court has subject matter jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367 because they are so related to the federal claims in this action that they form part of the same case or controversy.

5. The United States District Court for the Eastern District of Louisiana has personal jurisdiction over defendants KEG and Griffon, as they conducted business and solicited substantial amounts of money from Audubon Resources in Orleans Parish.

6. Venue is proper in this Court pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in Orleans Parish, Louisiana.

## III. FACTUAL ALLEGATIONS

7. In total, Audubon Resources executed approximately eighty-seven (87) agreements with KEG, the terms of which are identical save for the amount and dates of execution and maturity. These agreements are attached hereto, *in globo*, as Exhibit 1 (hereinafter collectively referred to as the "***Agreements***") and are described as follows:

   a. On or about February 8, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of April 8, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify

Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

b. On or about February 18, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $1,000,000.00 with a maturity date of April 18, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

c. On or about March 8, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $530,000.00 with a maturity date of May 9, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan

Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

d. On or about March 23, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $600,000.00 with a maturity date of May 23, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

e. On or about April 7, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $650,000.00 with a maturity date of June 7, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort

to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

f. On or about April 11, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of June 13, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

g. On or about April 20, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $1,000,000.00 with a maturity date of June 20, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit

rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

h. On or about April 21, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,100,000.00 with a maturity date of June 21, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

i. On or about April 27, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,840,800.00 with a maturity date of June 27, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit

accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

j. On or about May 12, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $530,000.00 with a maturity date of July 12, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

k. On or about June 1, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $350,000.00 with a maturity date of August 1, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing,

arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

l. On or about September 8, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $650,000.00 with a maturity date of December 8, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

m. On or about September 14, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of December 14, 2022. The Security Agreement provided Audubon Resources with a security interest in

the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

n. On or about September 22, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $1,000,000.00 with a maturity date of December 22, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

o. On or about September 23, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,100,000.00 with a maturity date of December 23,

2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

p. On or about September 28, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,840,800.00 with a maturity date of December 28, 2022. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

q. On or about October 26, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned

KEG the principal sum of $600,000.00 with a maturity date of January 26, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

r. On or about October 27, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $560,000.00 with a maturity date of January 27, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

s. On or about November 3, 2022, Audubon Resources and KEG signed a Loan

Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $350,000.00 with a maturity date of February 3, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

t. On or about December 9, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $650,000.00 with a maturity date of March 9, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

u. On or about December 15, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of March 15, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

v. On or about December 25, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $1,000,000.00 with a maturity date of March 25, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys'

fees and expenses.

w. On or about December 26, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,100,000.00 with a maturity date of March 26, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

x. On or about December 31, 2022, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,840,800.00 with a maturity date of March 31, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to

indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

y. On or about January 5, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of April 5, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

z. On or about January 13, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $530,000.00 with a maturity date of April 13, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan

Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

aa. On or about January 30, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $600,000.00 with a maturity date of April 30, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

bb. On or about February 3, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $350,000.00 with a maturity date of May 3, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort

to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

cc. On or about March 13, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $650,000.00 with a maturity date of June 13, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

dd. On or about March 17, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of June 17, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit

rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ee. On or about March 22, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $1,237,500.00 with a maturity date of June 22, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ff. On or about March 29, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,100,000.00 with a maturity date of June 29, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit

accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

gg. On or about April 4, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,840,800.00 with a maturity date of July 4, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

hh. On or about April 5, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $300,000.00 with a maturity date of July 5, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing,

arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ii. On or about April 10, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of July 10, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

jj. On or about April 17, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $530,000.00 with a maturity date of July 17, 2023. The Security Agreement provided Audubon Resources with a security interest in the

rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

kk. On or about May 1, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $560,000.00 with a maturity date of August 1, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ll. On or about May 2, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $600,000.00 with a maturity date of August 2, 2023. The Security

Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

mm. On or about May 4, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $350,000.00 with a maturity date of August 4, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

nn. On or about June 13, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the

principal sum of $650,000.00 with a maturity date of September 13, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

oo. On or about June 21, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of September 21, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

pp. On or about June 30, 2023, Audubon Resources and KEG signed a Loan Agreement

and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $1,237,500.00 with a maturity date of September 30, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

qq. On or about July 2, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $1,000,000.00 with a maturity date of October 2, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

rr. On or about July 7, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,100,000.00 with a maturity date of October 7, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ss. On or about July 10, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $300,000.00 with a maturity date of October 10, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and

expenses.

tt. On or about July 11, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,840,800.00 with a maturity date of October 11, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

uu. On or about July 17, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of October 17, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify

Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

vv. On or about July 24, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $530,000.00 with a maturity date of October 24, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ww. On or about August 11, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $560,000.00 with a maturity date of November 11, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations

under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

xx. On or about August 12, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $600,000.00 with a maturity date of November 12, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

yy. On or about August 15, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $350,000.00 with a maturity date of November 15, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon

Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

zz. On or about September 22, 2023, Audubon Resources and KEG signed a Loan Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $650,000.00 with a maturity date of December 22, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

aaa. On or about September 26, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of December 26, 2023. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property,

and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

bbb. On or about October 8, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $1,237,500.00 with a maturity date of January 8, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ccc. On or about October 11, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $1,000,000.00 with a maturity date of January 11, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's

accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ddd. On or about October 15, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,100,000.00 with a maturity date of January 15, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

eee. On or about October 20, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $300,000.00 with a maturity date of January 20, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter

owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

fff. On or about October 24, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of January 24, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ggg. On or about October 28, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $530,000.00 with a maturity date of January 28, 2024. The Security Agreement provided Audubon Resources with a security interest in

the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

hhh. On or about November 11, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,840,800.00 with a maturity date of February 11, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

iii. On or about November 15, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $600,000.00 with a maturity date of February 15, 2024.

The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

jjj. On or about November 19, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $350,000.00 with a maturity date of February 19, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

kkk. On or about November 20, 2023, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned

KEG the principal sum of $560,000.00 with a maturity date of February 20, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

lll. On or about January 1, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $650,000.00 with a maturity date of April 1, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

mmm. On or about January 12, 2024, Audubon Resources and KEG signed a Loan

Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of April 12, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

nnn. On or about January 24, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $1,237,500.00 with a maturity date of April 24, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ooo. On or about January 26, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $1,000,000.00 with a maturity date of April 26, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ppp. On or about February 2, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $300,000.00 with a maturity date of May 2, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and

expenses.

qqq. On or about February 3, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,100,000.00 with a maturity date of May 3, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

rrr. On or about February 4, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of May 5, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify

Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

sss. On or about February 7, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $530,000.00 with a maturity date of May 7, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ttt. On or about February 11, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,840,800.00 with a maturity date of June 11, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan

Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

uuu. On or about February 25, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $600,000.00 with a maturity date of May 25, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

vvv. On or about February 29, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $350,000.00 with a maturity date of May 29, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort

to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

www. On or about March 4, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $560,000.00 with a maturity date of June 4, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

xxx. On or about April 20, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $650,000.00 with a maturity date of July 20, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit

rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

yyy. On or about April 25, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of July 25, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

zzz. On or about May 14, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $1,000,000.00 with a maturity date of August 14, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit

accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

aaaa. On or about May 20, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $300,000.00 with a maturity date of August 20, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

bbbb. On or about May 21, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,100,000.00 with a maturity date of August 21, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned,

existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

cccc. On or about May 23, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $400,000.00 with a maturity date of August 23, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

dddd. On or about May 25, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $530,000.00 with a maturity date of August 25, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles,

and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

eeee. On or about June 12, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $600,000.00 with a maturity date of September 12, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

ffff. On or about June 14, 2024, Audubon Resources and KEG signed a Loan Agreement and on or about May 14, 2024, Audubon Resources and KEG signed a Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum

of $1,237,500.00 with a maturity date of August 14, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

gggg. On or about June 16, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $350,000.00 with a maturity date of September 16, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

hhhh. On or about June 11, 2024, Audubon Resources and KEG signed a Loan Agreement

and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $2,840,800.00 with a maturity date of October 5, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

iiii. On or about June 20, 2024, Audubon Resources and KEG signed a Loan Agreement and Security Agreement, pursuant to which Audubon Resources loaned KEG the principal sum of $560,000.00 with a maturity date of September 20, 2024. The Security Agreement provided Audubon Resources with a security interest in the rights, titles, and interests in and to the following, whether not or hereafter owned, existing, arising or acquired and wherever located, in all of KEG's accounts, deposit accounts, equipment, goods, instruments, investment property, and letter-of-credit rights as collateral. The Security Agreement permits Audubon Resources to resort to the collateral when KEG fails to satisfy any of its obligations under the Loan Agreement. Both Agreements contain provisions requiring KEG to indemnify Audubon Resources for KEG's breach, including reasonable attorneys' fees and expenses.

8. Under the Agreements, KEG was obligated to pay 10 percent of the Advance to Audubon Resources (the "interest"), in addition to repayment of the Advance.
9. Upon information and belief, KEG knowingly misrepresented its intended use of the loan proceeds at the time the parties entered into the Agreements, with the intent to induce Audubon Resources to loan, to continue to loan, and then to continue entering into extensions of loan, all under false pretenses.
10. During the course of dealings described above, and in an effort to conceal its misconduct and delay enforcement of the loan obligations, KEG issued a bad check in the amount of $1,000,000.00 to Audubon Resources on May 21, 2026, purporting to make payments toward an outstanding loan balance, including Check No. 1016 (the "***Dishonored Check***").
11. As of October 1, 2026, the total outstanding principal owed by KEG under the terminated Agreements is $7,718,300.00 exclusive of accrued interest, attorney's fees, penalties, and costs.
12. Pursuant to Section 2 of the Agreements, all unpaid amounts accrue interest at a rate of twenty-five percent (25.0%) per annum from the date of default. KEG has failed to repay the Advance or the accrued interest, despite formal notice and demand.
13. Pursuant to Section 7 of the Agreements, KEG was bound to indemnify Audubon Resources for its reasonable attorneys' fees incurred due to KEG's breach of contract, gross negligence, and/or willful misconduct.
14. KEG's issuance of the Dishonored Checks was knowing and intentional, made with the purpose of defrauding the Audubon Resources and inducing forbearance from the enforcement of its rights. KEG represented that the funds were available and that the checks would clear, despite knowing that they would be dishonored.

15. On or about August 20, 2026, Audubon Resources submitted a demand letter to KEG detailing its breaches of the Agreements as well as the Dishonored Checks which entitle Audubon Resources to recover damages adherent thereto, including but not limited to the unpaid principal balance, accrued interest, costs, penalties pursuant to La. R.S. § 9:2782, and attorney's fees. The August 20, 2026 correspondence is attached hereto as Exhibit 2.

16. As of the filing of this Complaint, KEG is indebted to Audubon Resources in total $13,845,413.56 exclusive of additional interest, attorney's fees, penalties, and costs.

## IV. CLAIMS FOR RELIEF

### COUNT I: DEFENDANTS VIOLATED THE FEDERAL SECURITIES ACT

17. Audubon Resources re-avers and re-alleges Paragraphs 1 through 18 as if copied *in extenso*.

18. Defendants each violated 12(a) of the Securities Act of 1933, 15 U.S.C. §77l(a), by offering or selling securities, which were not lawfully registered or exempted from registration, that included an untrue statement of a material fact, to Audubon Resources by use of the means, instruments of transportation, or communication in interstate commerce or the mails.

19. The Agreements are considered to be "securities" pursuant to the Securities Act as 15 U.S.C. § 77b(1) as the statute defines a security as "any note, stock, treasury stock, security future, security-based swap, bond, debenture, evidence of indebtedness, certificate of interest or participation in any profit-sharing agreement, collateral-trust certificate, preorganization certificate or subscription, transferable share, investment contract, voting-trust certificate, certificate of deposit for a security, fractional undivided interest in oil, gas, or other mineral rights, any put, call, straddle, option, or privilege on any security, certificate of deposit, or group or index of securities (including any interest therein or based

on the value thereof), or any put, call, straddle, option, or privilege entered into on a national securities exchange relating to foreign currency, or, in general, any interest or instrument commonly known as a "security", or any certificate of interest or participation in, temporary or interim certificate for, receipt for, guarantee of, or warrant or right to subscribe to or purchase, any of the foregoing."[1]

20. The focus of the Act is on the capital market of the enterprise system: the sale of securities to raise capital for profit-making purposes, the exchanges on which securities are traded, and the need for regulation to prevent fraud and to protect the interest of investors.[2]

21. Defendants engaged in the above-described conduct intentionally, knowingly, or recklessly.

22. Audubon Resources justifiably relied upon Defendants' misrepresentations or omissions of material fact in purchasing the securities, and sustained the damages sought in this lawsuit as a result.

23. Defendants' above-described violations of federal securities laws have proximately caused Audubon Resources to sustain damages in the amount paid by Audubon Resources to Defendants as described in the Agreements.

24. Audubon Resources is entitled to rescission of the investment and to recover from the Defendants, jointly and severally, the consideration paid with interest and penalties as provided by law.

25. Additionally, Griffon is personally liable under Section 15(a) of the Securities Act of 1933, 15 U.S.C. § 77o(a), for the above-described violations of Section 12(a)(1) of the Securities Act, 15 U.S.C. § 77l(a), by virtue of his status as the control persons of KEG.

---

1 15 U.S.C. § 77b.

2 *United Hous. Found., Inc. v. Forman*, 421 U.S. 837, 859 (1975).

26. As a result of Defendants' actions, Audubon Resources have suffered and will continue to suffer substantial economic damages, the precise amount of which will be established at the trial of this matter and for which Audubon Resources is entitled to recover from Defendants.

27. Audubon Resources is entitled to the recovery of exemplary damages, attorneys' fees, and costs related to Griffon and KEG's fraudulent conduct.

**COUNT II: DEFENDANTS VIOLATED THE FEDERAL EXCHANGE ACT**

28. Audubon Resources re-avers and re-alleges Paragraphs 1 through 18 as if copied *in extenso*.

29. Defendants, by use of the means, instruments of transportation, or communication in interstate commerce or the mails, have each committed the following wrongful acts in connection with the sale of the securities to Plaintiffs, in violation of Section 10(b) of the Exchange Act of 1934, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5), as follows:

    a. Employed devices, schemes, or artifices to defraud Audubon Resources;

    b. Made untrue statements of material facts, and omitted material facts necessary to make the statements made not misleading in light of the circumstances under which they were made; and

    c. Engaged in acts, practices, and courses of business, which operated as a fraud and deceit upon Audubon Resources.

30. Defendants engaged in the above-described conduct intentionally, knowingly, or recklessly.

31. Audubon Resources justifiably relied upon Defendants' misrepresentations or omissions

of material fact and sustained the damages sought in this lawsuit as a result.

32. The Defendants' above-described violations of the federal securities laws have proximately caused Audubon Resources to sustain damages and is entitled to rescission of the investment and to recover from the Defendants, jointly and severally, the consideration paid with penalties and interest as provided by law.

33. Additionally, Griffon is personally and jointly and severally liable under Section 20(a) of the Exchange Act of 1934, 15 U.S.C. § 78t(a), for the above-described violations of Section 10(b) of the Exchange Act and Rule 10b-5 by virtue of his status as the control persons of KEG.

34. As a result of Defendants' actions, Audubon Resources has suffered and will continue to suffer substantial economic damages, the precise amount of which will be established at the trial of this matter and for which Audubon Resources is entitled to recover from Defendants.

35. Audubon Resources is also entitled to the recovery of exemplary damages, attorneys' fees, and costs related to Griffon and KEG's fraudulent conduct.

**COUNT III: DEFENDANTS VIOLATED THE LOUISIANA UNFAIR TRADE PRACTICES ACT**

36. Audubon Resources re-avers and re-alleges Paragraphs 1 through 18 as if copied *in extenso*.

37. Audubon Resources Plaintiffs further allege that each Defendant participated in various activities constituting unfair trade practices in violation of the Louisiana Unfair Trade Practices Act ("LUTPA") La. Rev. Stat. § 51:1401, et seq.

38. In LUPTA, the legislature declared it to be unlawful to engage in "unfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or

commerce."[3]

39. Audubon Resources must show that "the alleged conduct 'offends established public policy and is immoral, unethical, oppressive, unscrupulous, or substantially injurious'" and the range of prohibited practices under LUTPA is extremely narrow, as LUTPA prohibits only fraud, misrepresentation, and similar conduct, and not mere negligence.[4]

40. Each Defendant knowingly used unfair and deceptive methods, acts, and practices to induce Audubon Resources' investment in the above-described fraudulent scheme.

41. Audubon Resources suffered a loss as a result of the Defendants' use of or employment of unfair and deceptive methods, acts, and practices and is therefore entitled to the recovery of such funds, interest, treble damages and reasonable attorney's fees under La. Rev. Stat. § 51:1409.

42. Notice of this Complaint will be sent to the Attorney General pursuant to La. R.S. § 51:1409(B) immediately upon filing.

**COUNT IV: DEFENDANTS VIOLATED THE LOUISIANA SECURITIES LAW**

43. Audubon Resources re-avers and re-alleges Paragraphs 1 through 18 as if copied *in extenso*.

44. Audubon Resources further allege that the Defendants violated the Louisiana Securities Law.

45. The Defendants each violated La. R.S. §51:712 A(1) by offering or selling securities to Plaintiffs that were not lawfully registered nor exempt from registration.

46. Defendants each violated La. R.S. §51:712 A(2) by offering to sell or selling the securities

---

3 La.Rev.Stat. § 51: 1405; *Quality Env't Processes, Inc. v. I.P. Petroleum Co.*, 2013-1582 (La. 5/7/14), 144 So. 3d 1011, 1025.

4 *Id.*; *Cheramie Services, Inc. v. Shell Deepwater Prod.,* 09–1633, p. 11 (La.4/23/10), 35 So.3d 1053, 1059.

to Audubon Resources by means of oral or written untrue statements of material fact or omissions of material facts necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading.

47. Defendants also violated Section La. R.S. §51:712(D), in connection with the offer and sale of the securities to Audubon Resources, by directly or indirectly employing a device, scheme, or artifice to defraud, and by engaging in transactions, acts, practices, or courses of business which operated as a fraud or deceit upon Audubon Resources.

48. Griffon is jointly and severally liable under La. Rev. Stat. § 15:714(B) for the violations of La. R.S. § 51:712(A) and La. R.S. § 51:712(D) as described above by virtue of his status as the control persons over KEG or his participation in the sale of the securities to Audubon Resources.

49. Defendants each engaged in the above-described conduct intentionally, knowingly, and recklessly.

50. Audubon Resources justifiably relied upon Defendants' misrepresentations and omissions of material fact in purchasing the securities and sustained the damages sought in this lawsuit as a result.

51. Defendants' above-described violations of the Louisiana Securities Law have proximately caused Audubon Resources to sustain damages in the amount of the purchase price paid by Audubon Resources for the securities.

52. Audubon Resources is entitled to rescission of the sale and to recover from the Defendants, jointly and severally, the purchase price paid for the securities with interest, taxable court costs, and reasonable attorneys' fees as provided by Section 714 of the Louisiana Securities Exchange Act, La. Rev. Stat. §51:714.

## **COUNT V: DEFENDANTS ARE LIABLE FOR FRAUD**

53. Audubon Resources re-avers and re-alleges Paragraphs 1 through 18 as if copied *in extenso*.

54. Article 1953 of the Louisiana Civil Code defines fraud as a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other.

55. Defendants made materially false representations to Audubon Resources (either knowingly or recklessly) with the intent that Audubon Resources would act on them by investing their funds with Defendants.

56. Additionally, these defendants (1) concealed from or failed to disclose certain material facts to Audubon Resources that Defendants had a duty to disclose (and indeed were deliberately silent when they had a duty to speak), or (2) made partial disclosures to Audubon Resources about material facts that created a substantially false impression. Defendants knew Audubon Resources was ignorant of the undisclosed facts and Audubon Resources did not have an equal opportunity to discover those facts.

57. Audubon Resources justifiably relied on these representations, promises, or nondisclosures in making the various investment payments, causing them injury.

58. As a result of Defendants' actions, Audubon Resources have suffered and will continue to suffer substantial economic damages, the precise amount of which will be established at the trial of this matter and for which Audubon Resources is entitled to recover from Defendants.

59. These actions were also undertaken willfully and with malice, for which Audubon Resources seek to recover exemplary damages, punitive damages, attorneys' fee, and costs.

**COUNT VI: DEFENDANTS ARE LIABLE FOR CONVERSION**

60. Audubon Resources re-avers and re-alleges Paragraphs 1 through 18 as if copied *in extenso*.

61. An act of conversion is committed when any of the following occurs: (1) possession of property is acquired in an unauthorized manner; (2) property is removed from one place to another with the intent to exercise control over it; (3) possession of property is transferred without authority; (4) possession of property is withheld from the owner or possessor; (5) property is altered or destroyed; (6) property is used improperly; or (7) ownership is asserted over property.[5]

62. Any wrongful exercise or assumption of authority over another's property, depriving him or her of possession, permanently or for an indefinite time, is a conversion.

63. An allegation that the Defendants acquired Audubon Resources' property through Audubon Resources' unilateral mistake, or that the Defendants' acted in complete innocence and perfect good faith, is not a defense to a conversion claim.

64. Defendants have committed conversion by obtaining possession of Audubon Resources' funds by soliciting funds for fraudulent investment vehicles and diverting the funds to their personal use, including without limitation, servicing the debt obligations of Defendants and their affiliates and subsidiaries owed to other entities and individuals.

65. Griffon admitted that KEG owes the money on multiple occasions and repeatedly stated that the funds would be repaid immediately.

66. Defendants, despite acknowledging that they are wrongly withholding Audubon Resources' funds, have refused to return the funds to Audubon Resources and are liable

[5] *New Orleans Jazz & Heritage Found., Inc. v. Kirksey*, 2009-1433 (La. App. 4 Cir. 5/26/10), 40 So. 3d 394, 405-06, writ denied, 2010-1475 (La. 10/1/10), 45 So. 3d 1100.

for converting the funds.

67. As a result of Defendants' conversion, Audubon Resources has suffered and will continue to suffer substantial economic damages, the precise amount of which will be established at the trial of this matter and for which Audubon Resources is entitled to recover from Defendants.

## COUNT VII: DEFENDANTS ARE LIABLE FOR DETRIMENTAL RELIANCE

68. Audubon Resources re-avers and re-alleges Paragraphs 1 through 18 as if copied *in extenso*.

69. A detrimental reliance claim is based upon Louisiana Civil Code Article 1967 that states:

> **1967. Cause defined; detrimental reliance**
> Cause is the reason why a party obligates himself.
> A party may be obligated by a promise when he knew or should have known that the promise would induce the other party to rely on it to his detriment and the other party was reasonable in so relying. Recovery may be limited to the expenses incurred or the damages suffered as a result of the promisee's reliance on the promise. Reliance on a gratuitous promise made without required formalities is not reasonable.

70. To assert a claim for detrimental reliance, a plaintiff must establish: "(1) a representation by conduct or word; (2) justifiable reliance; and (3) a change in position to one's detriment because of the reliance."[6]

71. Audubon Resources submitted funds to Defendants because they relied upon Griffon's representations that the various investment vehicles were legitimate, and that Audubon Resources' funds were to be invested in said investment vehicles.

72. If not for the representations made by Griffon, Audubon Resources would have never wired Defendants the investment funds or maintained the investment after the initial investment

6 *Luther v. IOM Co. LLC*, 13–353, pp. 10–11 (La.10/15/13), 130 So.3d 817, 825.

period ended.

73. Griffon was aware that Audubon Resources was relying upon Griffon's representations when they wired their funds to the entities that Griffon owned/ controlled.

74. Audubon Resources' reliance upon the representations and assurances made by Griffon were reasonable.

75. Defendants are barred from now taking a position contrary to their prior acts, admissions, representations, or silence.

76. As a result of Audubon Resources' reliance upon Griffon's representations, Audubon Resources have suffered and will continue to suffer substantial economic damages, the precise amount of which will be established at the trial of this matter and for which Audubon Resources is entitled to recover from Defendants.

**COUNT VIII: DEFENDANTS ARE LIABLE FOR FRAUDULENT MISREPRESENTATION**

77. Audubon Resources re-avers and re-alleges Paragraphs 1 through 18 as if copied *in extenso*.

78. Article 1953 of The Louisiana Civil Code defines fraud as a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other.

79. The tort of fraudulent misrepresentation requires: (1) a misrepresentation of a material fact; (2) made with the intent to deceive; (3) reasonable or justifiable reliance by the plaintiff on that representation; and (4) resulting injury.[7]

80. Fraud may also result from silent or inaction.

81. Griffon intentionally misrepresented material facts when seeking investment funds from

[7] *Petkovich v. Franklin Homes, Inc.*, 2021-0448 (La. App. 4 Cir. 9/22/22), 349 So. 3d 1042, 1060.

Audubon Resources.

82. Griffon was aware that these representations compelled Audubon Resources to wire KEG the requested funds.

83. Audubon Resources reasonably relied upon Griffon's promises when making the decision to wire the requested investment funds or maintained the investment after the initial investment period ended.

84. Griffon's misrepresentations induced Audubon Resources into sending KEG the sought-after investment funds, causing damages to Audubon Resources.

85. Defendants have not provided Audubon Resources with the investments that they represented that they provided to Audubon Resources, and have not returned the allegedly invested funds, despite Audubon Resources repeated requests.

86. As a result of Defendants' actions and representations, Audubon Resources has suffered and will continue to suffer substantial economic damages, the precise amount of which will be established at the trial of this matter and for which Audubon Resources is entitled to recover from Defendants.

87. As a result of Griffon's fraudulent misrepresentations and suppression of material facts, Audubon Resources is entitled to the recovery of all damages suffered plus attorneys' fees and costs.

**COUNT IX: DEFENDANTS ARE LIABLE FOR NEGLIGENT MISREPRESENTATION**

88. Audubon Resources re-avers and re-alleges Paragraphs 1 through 18 as if copied *in extenso*.

89. The tort of negligent misrepresentation requires: (1) the defendant, in the course of its business or other matters in which it had pecuniary interest, supplied false information, (2)

the defendant had a duty to supply correct information to the plaintiff, (3) the defendant breached its duty, which can be breached by omission as well as by affirmative misrepresentation, and (4) the plaintiff suffered damages or pecuniary loss as a result of the its justifiable reliance upon the omission or affirmative misrepresentation.[8]

90. Griffon misrepresented material facts when seeking investment funds from Audubon Resources.

91. In the event that these misrepresentations were not intentional, a position that we do not concede, the representations were at minimum negligent.

92. Griffon was aware that these representations compelled Audubon Resources to wire KEG the requested funds and to maintain the investment for additional terms.

93. Audubon Resources reasonably relied upon Griffon's promises when making the decision to wire the requested investment funds and to maintain the investment for additional terms.

94. Defendants have not provided Audubon Resources with the investments that they represented that they provided to Audubon Resources, and has not returned the allegedly invested funds, despite Audubon Resources' repeated requests.

95. Griffon's misrepresentations induced Audubon Resources into sending KEG the sought after investment funds, causing damages to Audubon Resources.

96. As a result of Defendants' actions and representations, Audubon Resources has suffered and will continue to suffer substantial economic damages, the precise amount of which will be established at the trial of this matter and for which Audubon Resources is entitled to recover from Defendants.

97. As a result Griffon's negligent misrepresentations and suppression of material facts,

---

[8] *Sys. Eng'g & Sec., Inc. v. Sci. & Eng'g Associations, Inc.*, 2006-0974 (La. App. 4 Cir. 6/20/07), 962 So. 2d 1089, 1092.

Audubon Resources is entitled to the recovery of all damages suffered plus attorneys' fees and costs.

**COUNT X: KEG HAS BREACHED THE TERMS OF THE AGREEMENTS BY FAILING TO PAY THE AMOUNTS DUE PURSUANT TO THE AGREEMENTS**

98. Audubon Resources re-avers and re-alleges Paragraphs 1 through 20 as if copied *in extenso*.

99. A contract is an agreement by two or more parties whereby obligations are created, modified or extinguished.[9]

100. Contracts have the effect of law for the parties.[10]

101. If the words of a contract are clear, unambiguous, and lead to no absurd results, it must be interpreted by reference to the "four corners" of the document and no further interpretation can occur in search of the parties' intent.[11]

102. The Agreements are contracts and are accordingly governed by the rules pertaining to the interpretation of contracts.

103. To prove breach of contract claim against Defendants, Audubon Resources must establish:

   a. Audubon Resources and KEG entered into valid contracts;

   b. Audubon Resources performed or was prepared to perform under that contract;

   c. That KEG breached the contract by failing to perform pursuant to the contract; and

   d. Audubon Resources suffered damages due to the breach.[12]

104. Audubon Resources and KEG executed the Agreements and formed a valid, binding, and

---

9 La. C.C. art. 1906.

10 La. C.C. art. 1983.

11 *Hall Ponderosa, LLC v. Petrohawk Properties, L.P.*, 2011-1056 (La. App. 3 Cir. 4/4/12), 90 So. 3d 512, 518, writ denied, 2012-1424 (La. 10/8/12), 98 So. 3d 858; *Adams v. Franchise Fin. Corp. of Am.*, 96-855 (La. App. 3 Cir. 2/5/97), 689 So. 2d 572, 575, writ denied, 97-0604 (La. 4/18/97), 692 So. 2d 456.

12 *SnoWizard, Inc. v. Robinson*, 897 F. Supp. 2d 472, 478 (E.D. La. 2012); *Hayes Fund for the First United Methodist Church of Welsh, L.L.C. v. Kerr–McGee Rocky Mt., L.L.C.*, 14-2592 (La. 12/8/15), 193 So.3d 1110, 1115.

enforceable contracts.

105. The Agreements obligated KEG to return Audubon Resources' funds with interest, pursuant to the timeline provided in the Agreements.

106. KEG breached the terms of the contract by failing to deliver the required funds with interest.

107. As a result of KEG's actions, Audubon Resources has suffered and will continue to suffer substantial damages, the precise amount of which will be established during the trial of this matter, for which Audubon Resources is entitled to be reimbursed by KEG, plus penalties, interest, and attorneys' fees and costs.

**COUNT XI: AUDUBON RESOURCES IS ENTITLED TO PIERCE THE CORPORATE VEIL**

108. Audubon Resources re-avers and re-alleges Paragraphs 1 through 107 as if copied *in extenso*.

109. Upon information and belief, Griffon used the corporate entities as instrumentalities to perpetuate fraud against Audubon Resources and to shield themselves from personal liability while engaging in the wrongful and deceitful conduct.

110. Specifically, Griffon was aware that they were soliciting funds for investments that were not legitimate and diverted the funds to themselves for personal gain, all while using the corporate structure as a façade for personal dealings. The corporate form was used to deceive Audubon Resources, delay repayment, and frustrate the enforcement of their rights.

111. Griffon's conduct constitutes a misuse of the corporate privilege.

112. Under Louisiana law, including the principles outlined in *Riggins v. Dixie Shoring Co.*, when the corporate form is used to perpetuate fraud or defeat public policy, the courts may

disregard the corporate entity and hold the individual responsible.[13]

113. As a result, Audubon Resources is entitled to pierce the corporate veil and hold Griffon personally liable for the full amount of damages, including principal, interest, attorneys' fees, penalties, and costs.

**COUNT XII: AUDUBON RESOURCES IS ENTITLED TO DECLARATORY RELIEF AND IMPOSITION OF A CONSTRUCTIVE TRUST OVER THE DEFENDANTS' FUNDS AND ASSETS**

114. Audubon Resources re-avers and re-alleges Paragraphs 1 through 113 as if copied *in extenso*.

115. A constructive trust is a common law based equitable remedy devised to prevent unjust enrichment and compel restitution of property that in equity and good conscience does not belong to the Defendants.

116. To the extent that the proceeds of Audubon Resources' investments as described above (the "Proceeds") remain in Defendants' possession and control, whether in a KEG banking account or any other financial institution accounts to which they have been transferred, they constitute proceeds of Defendants' fraud. As such, under principles of equity, Audubon Resources is entitled to and hereby seek the imposition of a constructive trust on the Proceeds, wherever they may be found, whether in a KEG banking account or elsewhere.

117. Pursuant to the Federal Declaratory Judgment Act, 28 U.S.C §2201 and §2202, a justiciable controversy exists between Audubon Resources and Defendants concerning the rights of the parties to the Proceeds, and Audubon Resources seeks a declaration from this Court that they are entitled to the imposition of a constructive trust thereon (whenever they may

---

13 *Riggins v. Dixie Shoring Co.*, 590 So.2d 1164 (La. 1991).

have been transferred by Defendants), that their rights to the proceeds are superior to any claims by Defendants, and that the Proceeds should be ordered returned to them forthwith.

**COUNT XIII: ENFORCEMENT OF SECURITY INTEREST PURSUANT TO LA. R.S. 10:9-601 (AGAINST KEG ONLY)**

118. Audubon Resources re-avers and re-alleges Paragraphs 1 through 117 as if copied *in extenso*.

119. Pursuant to a security agreement executed by KEG (the "***Security Agreement***"), Audubon Resources holds a security interest in all assets of KEG (the "***Collateral***") to secure the obligations owed to Audubon Resources.

120. Audubon Resources' security interest in the Collateral has attached and was perfected through the filing of a UCC financing statement in accordance with applicable Louisiana law.

121. KEG has defaulted on its obligations under the Security Agreement and the underlying agreements between the parties. Despite such default, KEG has failed to satisfy its outstanding obligations to Audubon Resources.

122. Pursuant to La. R.S. 10:9-601(a)(1), following default, a secured party may reduce its claim to judgment, foreclose, execute upon, or otherwise enforce its security interest through any available judicial procedure.

123. As a result of KEG's default, Audubon Resources is entitled to enforce its security interest in the Collateral pursuant to La. R.S. 10:9-601, including through judicial foreclosure, seizure, and sale of the Collateral, to the extent authorized by applicable law.

124. Accordingly, Audubon Resources seeks judgment recognizing and enforcing its security interest in the Collateral and authorizing such judicial proceedings as may be necessary and appropriate to satisfy the outstanding obligations owed by KEG to Audubon

Resources.

**COUNT XIV: AUDUBON RESOURCES IS ENTITLED TO DECLARATORY RELIEF AND IMPOSITION OF A CONSTRUCTIVE TRUST OVER THE DEFENDANTS' FUNDS AND ASSETS**

125. Audubon Resources re-avers and re-alleges Paragraphs 1 through 124 as if copied *in extenso*.

126. Audubon Resources has and will continue to be damaged and injured by Defendants' conduct as set forth herein.

127. Audubon Resources seeks equitable relief herein in the form of a declaration of ownership in and Audubon Resources' rights to the invested proceeds, and the imposition of a constructive trust thereon (on the basis of Defendants' fraud) and should succeed in obtaining such relief.

128. Additionally, this relief should be granted *ex parte* initially, due to the risk that the invested proceeds at issue might be transferred beyond this Court's jurisdiction.

129. Accordingly, to preserve the status quo during the pendency of this action, Audubon Resources seeks a temporary restraining order—and, upon hearing, a preliminary and then permanent injunction—ordering that any funds in accounts controlled directly or indirectly by Defendants, including any KEG banking accounts, should be frozen and immediately enjoining Defendants, or anyone acting in concert with them, including financial institutions or Defendants' agents, employees, attorneys, or representatives, from transferring, spending, encumbering, or otherwise dissipating those funds.

130. If this relief is not granted, Audubon Resources will be irreparably harmed and have no adequate remedy at law, especially considering the status of the individual Defendants and the uncertainty of collecting a money judgment from Defendants who have insufficient

assets from whom a money judgment could be collected.

131. Audubon Resources respectfully requests that this Court award the following relief:

a. Recession of the Agreements and disgorgement of the investment proceeds;

b. Declaratory and injunctive relief as requested above;

c. Actual damages in an amount to be determined at trial;

d. Exemplary / punitive / treble damages;

e. Costs of court;

f. Attorney's fees;

g. Prejudgment and post-judgment interest;

h. Recognize and enforce Audubon Resources' security interest in the Collateral pursuant to La. R.S. 10:9-601, and authorize foreclosure, seizure, and sale of the Collateral to satisfy the outstanding obligations owed to Audubon Resources; and

i. Any such other and further relief, in law or in equity, to which Plaintiffs may have shown themselves to be justly entitled.

**WHEREFORE,** after due proceedings are held, Plaintiff Audubon Resources, LLC pray that judgment be granted herein against Defendants KEG Medical, LLC and Kevin Griffon, *in solido*, affording to Plaintiff all equitable relief and amounts owed and damages resulting from Defendants' actions and omissions detailed above, plus costs, interest, attorneys' fees, as well as all other relief appropriate in law or equity.

Respectfully submitted,

**GORDON, ARATA, MONTGOMERY, BARNETT, McCOLLAM, DUPLANTIS & EAGAN, LLC**
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170-4000
Telephone: 504.582.1111
Facsimile: 504.582.1121

By: */s/ Michael E. Botnick*
Michael E. Botnick (#3284) (T.A.)
mbotnick@gordonarata.com
R. Ethan Zubic (#34834)
ezubic@gordonarata.com
Clarke I. Perkins (#40904)
cperkins@gordonarata.com

***Attorneys for Plaintiff Audubon Resources, LLC***

**PLEASE SERVE:**

KEG Medical LLC
Through its registered agent
Kevin Griffon
15311 Lake Crest View Drive
Baton Rouge, LA 70810

Kevin Griffon
15311 Lake Crest View Drive
Baton Rouge, LA 70810